IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DALE E. HARPER, )
)
        Plaintiff, )
vs. ) NO. CIV-10-1394-HE
)
WOODWARD COUNTY BOARD OF )
COUNTY COMMISSIONERS, et al., )
)
        Defendants. )

## ORDER

Plaintiff, a state prisoner appearing *pro se*, filed this action pursuant to 42 U.S.C. §1983. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Gary M. Purcell, who has recommended that the action be dismissed without prejudice due to the plaintiff's failure to cure certain deficiencies in his motion to proceed *in forma pauperis*. Although plaintiff was advised that if he did not provide the necessary documentation by January 24, 2011, the magistrate would recommend that the lawsuit be dismissed, plaintiff took no action. He also failed to object to the Report and Recommendation.

Accordingly, the court adopts Magistrate Judge Purcell's Report and Recommendation and dismisses this action without prejudice.

**IT IS SO ORDERED**.

Dated this 15th day of March, 2011.

JOE HEATON
UNITED STATES DISTRICT JUDGE